# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACKIE ROBERSON, | ) |
| Plaintiff, | ) ) ) ) ) |
| vs. | ) Case No. 18-cv-1764-SMY |
| LT. MERKEN, | ) ) ) ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge:**

Plaintiff filed this case on September 25, 2018. (Doc. 1). On October 31, 2018, Plaintiff filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a). (Doc. 7). A plaintiff may dismiss an action without a court order at any time prior to defendant's service of an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a). Defendants have not been served in this case, and there is no indication that Plaintiff has previously voluntarily dismissed another action including the same claim, so the dismissal will be without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Accordingly, Plaintiff's Motion (Doc. 7) is **GRANTED**, and this case is **DISMISSED without prejudice**. Plaintiff's Motion to Argument (Doc. 6) is **DENIED as MOOT**. The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: November 1, 2018**

s/ STACI M. YANDLE
United States District Judge